UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                                 In Bankruptcy

**ABDULKADR M. ALCODRARY**                *Case No.: 10-68765-WS*
                                                                   *Chapter 7*
                                                                   *Honorable WALTER SHAPERO*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $1.46 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| MILLER, CANFIELD, PADDOCK & STONE, PLC<br>Attn: Gary Glenn<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226 | 2 | $1.46 |

Dated: May 19, 2011

                                                          */s/ BASIL T. SIMON (P26340)____*
                                                          Chapter 7 Trustee
                                                          422 W. Congress, Suite 400
                                                          Detroit, MI 48226
                                                          313/962-6400
                                                          bsimon@sszpc.com